UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-2393**

Brram, Inc. v. United States Aviation Administration
(D.N.J. No. 3-14-cv-02686)

**ORDER**

This case involves a large number of parties. Accordingly, to facilitate electronic filing for large groups, the first named party in each separately represented large group will be the designated filer, as follows:

> For all parties represented by R. William Potter, Esq., or any other attorney from the law firm of Potter & Dickson, the designated filer is Brram, Inc.

The following parties have been designated as Appellants in this Court: Brram, Inc., Holly Bussey, William Lynch, Richard Delello, Julie Power, John Giacobetti, Jennifer Giacobetti, Deborah Leamann, Caroline Bondi, Delores Brienza and Richard Wayne.

> Counsel is advised that the designated filer is for cm/ecf filing purposes only. Names of all represented parties must be listed on all forms, motions and briefs. Attorneys representing smaller groups of parties must select all individual persons or entities as filers in cm/ecf.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: June 9, 2015
OM/cc: All Counsel of Record