

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

June 19, 2015

**VIA ECF**

Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

RE:　*BRRAM, Inc., et al. v. FAA, et al.,*
　　Case Number: 15-2393
　　District Court Civil Action No. 3:14-cv-02686-PGS-DEA

Dear Clerk Waldron:

　　We, along with Hogan Lovells represent former defendant Frontier Airlines, Inc. ("Frontier"). Please be advised that Frontier will not be participating in the appeal. Frontier was previously dismissed from this case and the Plaintiffs are not appealing that dismissal.

　　Thank you for your consideration in this matter.

Respectfully,

*John E. Flaherty*

John E. Flaherty

cc:　Counsel of Record (via ECF)
　　Justin A. Savage, Esq.
　　R.W. Potter, Esq.

John E. Flaherty
Partner
T. 973-639-7903
F. 973-297-3971
jflaherty@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WASHINGTON, DC

WILMINGTON