OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 25, 2015

R. William Potter
Potter & Dickson
194 Nassau Street
Suite 32
Princeton, NJ 08542

RE: BRRAM, et al v. FAA, et al
Case Number: 15-2393
District Case Number: 3-14-cv-02686

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/forms.**

Pursuant to our docketing letter dated **06/09/2015**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form**
**Disclosure Statement**
**Civil Information Statement**
**Concise Summary of the Case**
**Transcript Purchase Order Form**

As of this date, we have not received your form(s).

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Timothy McIntyre*

Timothy McIntyre, Case Manager
267-299-4953